# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LARRY HOUSTON-HUFF**                                                   **PLAINTIFF**

**v.**             **Case No. 4:16-cv-00751-KGB**

**TARGET CORPORATION**                                               **DEFENDANT**

## ORDER

Before the Court is a joint stipulation of dismissal with prejudice filed by plaintiff Larry Houston-Huff and defendant Target Corporation (Dkt. No. 38). The parties represent that they have entered into a settlement of their dispute (*Id.*, ¶ 1). The joint stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice (Dkt. No. 38). The Court dismisses with prejudice the action.

It is so ordered this 4th day of February, 2019.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge